_____     _____RETAIN

**Paul Mannes , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                  Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 03/24/2014 Time: 03:00

**CASE: 13-13847 Vincent L Abell**

Philip James McNutt representing Vincent L Abell (Debtor)

representing Anastasia L. McCusker and Richard Marc Goldberg Roger Schlossberg (Trustee)
Gerard R. Vetter and Jeanne M. Crouse representing US Trustee - Greenbelt 11 (U.S. Trustee)

[370] Motion to Sell Multiple Properties Free and Clear of Liens and Notice of Motion. Notice Served on 2/6/2014, Fee Amount $176 Filed by Roger Schlossberg. Objections due by 03/3/2014. Hearing scheduled for 03/24/2014 at 03:00 PM - Courtroom 3-D. (Attachments: #s9 Exhibit 7)

**MOVANT** : Roger Schlossberg BY R Goldberg A McCusker

[391] Opposition on behalf of Reverse Mortgage Solutions, Inc. Filed by Pooya Tavakol (related document(s) 2 Proposed Order)

**MOVANT** : Reverse Mortgage Solutions, Inc. BY R Lash P Tavakol

[403] Response on behalf of Bank of America, National Association, Ocwen Loan Servicing, LLC, The Bank of New York Mellon Trust Company, N.A., U.S. Bank, N.A Filed by Billy B. Ruhling II (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

[404] Response on behalf of Branch Banking and Trust Company Filed by Shaan S. Chima (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

[405] Response on behalf of Wells Fargo Bank, NA Filed by Mark S. Devan (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

[406] Response on behalf of Wells Fargo Bank, NA Filed by Mark S. Devan (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

*Handwritten annotations:* Feldman cap / Lash Reverse / Ruling - Ocwen BNY - Mellon USB B.A / Smith Eagle Rud / BBwr / McNutt / Chima / BBT / McNutt debtor / Order due Goldberg

[407] Opposition on behalf of Capital Bank, N.A. Filed by William R. Feldman (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

**MOVANT** : Capital Bank, N.A. BY W Feldman

[408] Opposition on behalf of James Esten Abell, Asset Lending Corporation Filed by John Thomas Szymkowicz (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

**MOVANT** : James Abell Asset Lending Corporation BY J Szymkowicz J Szymkowicz

[461] Objection on behalf of Bank of America, National Association, Ocwen Loan Servicing, LLC, The Bank of New York Mellon Trust Company, N.A., U.S. Bank, N.A Filed by Billy B. Ruhling II (related document(s) 1 Exhibit 1)

**MOVANT** : Bank of America, National Association Ocwen Loan Servicing, LLC The Bank of New York Mellon Trust Company, N.A. U.S. Bank, N.A BY B Gallagher M Cantrell M Cantrell R Hagerty R Hagerty R Hagerty B Ruhling B Ruhling B Ruhling B Ruhling

[462] Objection on behalf of Branch Banking and Trust Company Filed by Shaan S. Chima (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

**MOVANT** : Branch Banking and Trust Company BY S Chima

[463] Response on behalf of EagleBank Filed by Michael J. Lichtenstein (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

[464] Response on behalf of Capital Bank, N.A. Filed by William R. Feldman (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

[465] Objection on behalf of Reverse Mortgage Solutions, Inc. Filed by Pooya Tavakol (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

**MOVANT** : Reverse Mortgage Solutions, Inc. BY R Lash P Tavakol

[467] Objection on behalf of James Esten Abell, Asset Lending Corporation Filed by John Thomas Szymkowicz (related document(s) 370 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Trustee Roger Schlossberg).

**MOVANT** : James Abell Asset Lending Corporation BY J Szymkowicz J Szymkowicz

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS:

    Granted ✓  Denied____ Withdrawn____ Consent____ Default___ Under Adv.___

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:

    [ ] Signed by Court           [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel       [ ] Court
        [ ] Respondent's counsel   [ ] Other _____

NOTES:

The motion is granted as to all properties excluding 4428 New Hampshire Avenue, NW, Washington, DC 20011.